IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-176-GCM

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | ORDER GRANTING ADMISSION PRO HAC VICE |
| GGNSC CHARLOTTE RENAISSANCE, LLC, ) ) ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **CHARLES M. ROESCH**, filed May 16, 2012 [doc.#5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr Roesch is admitted to appear before this court *pro hac vice* on behalf of defendant.

**IT IS SO ORDERED.**

Signed: May 17, 2012

Graham C. Mullen
United States District Judge